# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| UNTIED STATES OF AMERICA, ex rel., MARC YOUNG, et al., Plaintiffs/Relators, vs. MYLAN PHARMACEUTICALS, INC., Defendant. | Case No. 1:17-cv-529 Dlott, J. Litkovitz, M.J. **ORDER** |

This matter is before the Court on the parties' Joint Motion to Stay Civil Proceedings (Doc. 27). Having reviewed this matter, the Court finds that good cause exists for the parties' request for a stay. Accordingly, the parties' motion (Doc. 27) is **GRANTED**. The proceedings in this matter are hereby **STAYED** pending both a decision by the Federal Circuit in the appeal now pending in *Acetris Health, LLC v. United States*, No. 18-433C (Fed. Cl.), *appeal docketed*, No. 18-2399 (Fed. Cir. Sept. 20, 2018), and a decision in the related trial proceedings currently pending in that Circuit's subordinate court in *Acetris Health, LLC v. United States*, Consol. Court No. 18-00040 (Ct. Int'l Trade).

The parties shall promptly advise the Court upon completion of the aforementioned proceedings.

**IT IS SO ORDERED.**

Karen L. Litkovitz
United States Magistrate Judge